24009669

3



# MONTGOMERY COUNTY SHERIFF'S DEPARTMENT
## ORDER FOR SERVICE

(Please prepare a separate request for service form for each defendant to be served by the Sheriff)

To: Sheriff Sean P. Kilkenny
Montgomery County Court House
P.O. Box 311
Norristown, Pennsylvania 19404-0311
Phone: 610-278-3331   Fax: 610-278-3832

415 215

Date: 9/12/2024
Prothonotary No. 24-4823 (Federal)
Sheriff Cost: $80

Attorney's Or Plaintiff's Name and Address:
Andrew Roman Perrong
2657 Mount Carmel Avenue
Glenside   PA   19038
ATTY. ID# 333687   Telephone: 215-225-5529

| | | |
|---|---|---|
| X | Civil Action Summons & Complaint | Writ of Execution Levy |
| | Confessed Judgment | Interrogatories |
| | Complaint in Ejectment | Writ of Execution Garnishee |
| | Posting | Writ of Seizure |
| | Writ of Possession | Mortgage Foreclosure |
| | Other: | Court Order: |

**WEIHARIK GARCIA**
vs.   PLAINTIFF

**STAR POWER MARKETING GROUP, LLC**
DEFENDANT

Service Upon: STAR POWER MARKETING GROUP, LLC
LOCATION (MUST HAVE VALID ADDRESS OR DIRECTIONS)
8417 Widener Road
Glenside   PA   19038

FOR SHERIFF USE ONLY     SHERIFF'S RETURN
PERSON SERVED: Jackie Atkinson
RELATIONSHIP/POSITION: PIC
PLACE OF SERVICE: as listed
DATE OF SERVICE: 9.13.24
TIME OF SERVICE: 0800
NUMBER OF ATTEMPTS: 1
DEPUTY: Kern
DEPUTY:
LAST DAY FOR SERVICE: 10-12-24

### SERVICE NOT MADE BECAUSE:

| DATE: | TIME: | DEPUTY: | DEPUTY: |
|---|---|---|---|
| NO SERVICE | BAD ADDRESS | UNKNOWN AT ADDRESS | NEED BETTER ADDRESS |
| MOVED | BUILDING VACANT | ADDRESS OUT OF COUNTY | OTHER |

### POSSESSION TAKEN:

| DATE: | TIME: | DEPUTY: | DEPUTY: |
|---|---|---|---|

ATTEMPTED SERVICE DATE & TIME

STAMP: REC'VD MCSO MONTCO.PA 2024 SEP 12 P 3:21