# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

WEIHARIK GARCIA,
*individually and on behalf of all others similarly situated*

    v.

STAR POWER MARKETING GROUP, LLC

Civil Action: 24-4823

## Entry of Default

Default is entered pursuant to Federal Rule of Civil Procedure 55(a) against Defendant Star Power Marketing Group, LLC for failure to plead or otherwise defend.

George Wylesol
Clerk of Court

By: *Amanda Frazier*
Amanda Frazier, Deputy Clerk