## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GARCIA** | : | CIVIL ACTION |
| | : | |
| **v.** | : | |
| | : | |
| **STAR POWER MARKETING GROUP, LLC** | : | NO.: 24-cv-4823 |

## O R D E R

**AND NOW**, this **10th** day of **JANUARY 2025**, in accordance with the court's procedure for random reassignment of cases, it is hereby,

**ORDERED** that the above captioned case is reassigned from the calendar of the Honorable John R. Padova to the calendar of the Honorable Catherine Henry.

                    **FOR THE COURT:**

                    **MITCHELL S. GOLDBERG**
                    **Chief Judge**

                    **ATTEST:**

                    _/s/George Wylesol_____
                    **GEORGE WYLESOL**
                    **Clerk of Court**