# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **WEIHARIK GARCIA,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**STAR POWER MARKETING GROUP, LLC,**<br><br>*Defendant.* | Case No. 24-4823<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF NON-OPPOSITION TO DEFENDANT'S "MOTION TO VACATE DEFAULT"

COMES NOW Plaintiff Weiharik Garcia, by and through the undersigned counsel, pursuant to FED. R. CIV. P. 55(a), and hereby files this Notice of Non-Opposition to Defendant's "Motion to Vacate Default" (ECF No. 7) and to consent to the entry of the "Answer to Plaintiff's Complaint," set forth in Exhibit B, ECF Pages 15 through 20, as the operative Answer in this matter. This Notice should not be deemed as an admission of any of the averments contained in the Motion or Answer, which are expressly denied. It should also be noted that counsel for Plaintiff sent and email and letter to Defendant indicating that Defendant was in default and Plaintiff was going to proceed with entry of default and received no response addressing either, which such email was also omitted from the Defendant's motion.

RESPECTFULLY SUBMITTED AND DATED this January 13, 2025.

                                              */s/ Andrew Roman Perrong*
                                              Andrew Roman Perrong, Esq.
                                              Perrong Law LLC
                                              2657 Mount Carmel Avenue
                                              Glenside, Pennsylvania 19038

                        Phone: 215-225-5529 (CALL-LAW)
                        Facsimile: 888-329-0305
                        a@perronglaw.com

## **CERTIFICATE OF SERVICE**

I certify that I filed the foregoing via ECF on the below date.

Dated: January 13, 2025

                        */s/ Andrew Roman Perrong*
                        Andrew Roman Perrong, Esq.
                        Perrong Law LLC
                        2657 Mount Carmel Avenue
                        Glenside, Pennsylvania 19038
                        Phone: 215-225-5529 (CALL-LAW)
                        Facsimile: 888-329-0305
                        a@perronglaw.com