IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **WEIHARIK GARCIA** <br> *Plaintiff(s)* | : <br> : <br> : |
| **v.** | : **CIVIL NO.: 24-4823** <br> : |
| **STAR POWER MARKETING GROUP, LLC** <br> *Defendant(s)* | : <br> : |

## O R D E R

**AND NOW,** this **16th** day of **January 2025**, upon consideration of the Defendant's Motion to Set Aside Default Judgment (Doc. 7) and Plaintiff's Notice of Non-Opposition (Doc. N. 9) it is hereby **ORDERED** that the Motion is **GRANTED**. Default is set aside, and the Clerk of Court is directed to docket Exhibit B to the Motion as the Defendant's Answer to the Complaint.

BY THE COURT:

*s/Catherine Henry*
**HON. CATHERINE HENRY**
**United States District Court Judge**