**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **WEIHARIK GARCIA** : | |
| *Plaintiff(s)* : | |
| : | |
| v. : | **CIVIL NO. 24-4823** |
| : | |
| **STAR POWER MARKETING GROUP, LLC** : | |
| *Defendant(s)* : | |

## NOTICE OF HEARING

An **INITIAL PRETRIAL CONFERENCE** pursuant to Fed. R. Civ. P. 16 is scheduled to be held before the **HONORABLE CATHERINE HENRY**, on **March 6, 2025,** at **2:00 pm** in **Chambers,** United States District Court, 4th Floor - Holmes Building, 101 Larry Holmes Drive, Easton, PA 18072.

**IT IS ORDERED** as follows:

1. The parties shall make the required initial disclosures under Fed. R. Civ. P. 26(a) at least one day prior to the Initial Pretrial Conference.

2. Counsel shall complete and electronically file the required Report of Rule 26(f) Meeting incorporating all the information described in the attached form Report seven (7) days before Rule 16 Meeting.

3. **Lead trial counsel is required to appear at the Initial Pretrial Conference**. If trial counsel is on trial in another matter, another attorney in the same office who is thoroughly familiar with this case is required to appear at the conference.

4. If counsel is not fully authorized to settle the case at an Initial Pretrial Conference, then the client or a proxy with such authority must either attend the conference or be available on call at the time of the scheduled conference.

*s/Susan Flaherty*
**SUSAN FLAHERTY**
**Courtroom Deputy, (Phila.) to the**
Honorable Catherine Henry
United States District Court Judge

**Date of Notice: January 27, 2025**
**Copies sent via ECF notification**