IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WEIHARIK GARCIA** | : | |
| **Plaintiff,** | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 24-4823** |
| | : | |
| **STAR POWER MARKETING GROUP, LLC** | : | |
| **Defendant.** | : | |

## SCHEDULING ORDER

**AND NOW**, this 6th day of March 2025, after an Initial Pretrial Conference held with counsel on **March 6, 2025**, it is hereby **ORDERED** as follows:

1. Any amended pleadings shall be filed by **May 2, 2025**.

2. The parties shall submit a joint status report by **September 2, 2025**.

3. All expert discovery shall be completed by **October 25, 2025**.

4. All fact discovery shall be completed by **November 3, 2025**.

5. Motions for summary judgment and any other dispositive motions shall be filed by **November 28, 2025**. Responses to any motions for summary judgment shall be filed by **December 29, 2025**. Reply briefs in support of summary judgment shall be filed by **January 12, 2026**.

6. Plaintiff's Motion to Commence Discovery [ECF No. 6] is **DENIED** as **MOOT** due to the schedule set forth herein.

BY THE COURT:

*s/Catherine Henry*
_____
**CATHERINE HENRY, J.**