IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **WEIHARIK GARCIA,** individually and on behalf of all others similarly situated, | Case No. 24-4823 |
| *Plaintiff*, | **CLASS ACTION** |
| v. | **JURY TRIAL DEMANDED** |
| **STAR POWER MARKETING GROUP, LLC,** | |
| *Defendant.* | |

# DECLARATION OF ANDREW PERRONG IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

I, Andrew R. Perrong, declare under penalty of perjury:

1. I make this declaration in support of Plaintiff's Motion for Class Certification. Except as otherwise noted, I have personal knowledge of the facts set forth in this declaration and could testify competently to them if called upon to do so.

2. I am an attorney duly admitted to practice in the Commonwealth of Pennsylvania and the State of Oregon, I am over 18 years of age, and I am competent to testify and make this affidavit on personal knowledge. I have extensive experience in the prosecution of class actions on behalf of consumers, particularly claims under the TCPA.

3. Prior to law school, I was a named plaintiff in TCPA class actions, including two class actions that resulted in certified classwide settlements, including *Perrong v. Orbit Energy & Power* and *Perrong v. Frontier Utilities*.

4. I am a 2023 graduate of Temple University Law School. In 2023, I was admitted to the Bar in Pennsylvania. Since then, I have been admitted to practice before the Eastern and Middle Districts of Pennsylvania, and the District of Oregon, among others. I have also been

admitted to practice before the Second and Third Circuit Courts of Appeal, for which I have successfully defended appeals in TCPA class actions. From time to time, I have appeared in other State and Federal District Courts *pro hac vice*. I am in good standing in every court to which I am admitted to practice.

5. In 2023, I started Perrong Law, LLC, focused on protecting consumers in class action lawsuits.

6. Thus far, I have been appointed class counsel in *Aley v. Lightfire Partners, LLC*, No. 5:22-CV-00330 (AMN/TWD), (N.D.N.Y.), another certified TCPA class action against which I also successfully defended a petition for interlocutory appeal as appellee.

7. I have also been co-counsel in other class action cases that resulted in settlements for the classes in other jurisdictions.

8. I have extensive experience using the statistical analysis software SPSS to conduct data analysis.

9. Originally released by IBM in 1968, SPSS is a widely-used and powerful software program for running multivariate statistical analysis. It is used especially in the social sciences and in advertising and marketing, and is relied upon by multiple government agencies, and is well received in those industries because it is simple, powerful, and accurate.

10. Perrong Law LLC maintains access to the National Do Not Call Registry through Subscription Account Number 1040XXXX-50XXXX-24.

11. As part of this litigation and for the purposes of class certification, I analyzed the data SlickText produced in response to a third-party subpoena for the Defendant's texting records to ascertain which numbers, if any, were listed on the National Do Not Call Registry, and to ascertain which numbers, if any, bore Pennsylvania area codes.

12.  I understand that these files include a list of individuals whom Defendant contacted via telemarketing text message between approximately January 2024 to present.

13.  After conducting this analysis using SPSS, I was able to ascertain that 2,892 telephone numbers, including the Plaintiff's, were sent text messages despite their numbers being on the National Do Not Call Registry at the time of analysis.

14.  I was also able to ascertain that 6,675 telephone numbers, including the Plaintiff's, were sent text messages, while having Pennsylvania area codes, as follows:

   *i.* 3,462 numbers in area code 267

   *ii.* 2,183 numbers in area code 215

   *iii.* 434 numbers in area code 484, including Plaintiff

   *iv.* 378 numbers in area code 610

   *v.* 81 numbers in area code 717

   *vi.* 49 numbers in area code 570

   *vii.* 44 numbers in area code 445

   *viii.* 23 numbers in area code 412

   *ix.* 9 numbers in area code 814

   *x.* 8 numbers in area code 724

   *xi.* 2 numbers in area code 223

   *xii.* 1 number each in area codes 272 and 835.

15.  I maintain a copy of these records and my analysis and am prepared to present them to the Court upon request.

16. Plaintiff further intends to designate a summary witness at trial to testify to the summary of this data, as permitted under Rules 1006 and 701 of the FEDERAL RULES OF EVIDENCE.

17. I also understand that, in its answer to the Complaint, the Defendant has admitted that it is not registered as a telemarketer with the Pennsylvania Attorney General, as required by law.

18. Although technically-oriented, this compilation and summarization of data does not require scientific, technical, or otherwise specialized knowledge. Any individual possessing an adequate knowledge of computing, together with the appropriate data and tools, can conduct this summary, including a summary at trial.

PURSUANT TO 28 U.S.C. § 1746, I DECLARE UNDER PENALTY OF PERJURY OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT

EXECUTED THIS 24TH DAY OF NOVEMBER 2025

IN THE UNITED STATES OF AMERICA.

*/s/ Andrew R. Perrong*
Andrew R. Perrong