IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **WEIHARIK GARCIA,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**STAR POWER MARKETING GROUP, LLC,**<br><br>*Defendant.* | Case No.<br>24-4823<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

### DECLARATION OF WEIHARIK GARCIA

1. My name is Weiharik Garcia. I am over 18 years old. I can testify competently to the undersigned statements.

2. This declaration is based on my personal knowledge.

3. My telephone number 484-XXX-XXXX is on the National Do-Not-Call Registry and has been for at least 31 days since I began receiving the text messages at issue from the Defendant.

4. I am the user of 484-XXX-XXXX.

5. I am the owner of 484-XXX-XXXX.

6. This number is used for personal, household purposes.

7. I never provided my consent to Defendant to make calls or send text messages to the 484-XXX-XXXX number in any manner, including through a website.

8. To be clear, I do nothing to precipitate the illegal calls or text messages which are placed to me. I do not want these communications, but they continue to be placed to me. They are highly annoying and disruptive.

1

9. I understand that this lawsuit alleges that the Defendant violated the Telephone Consumer Protection Act by sending text messages to my telephone number without obtaining proper consent.

10. I understand that this is a proposed class action and that I am a proposed class representative.

11. I understand that a class action is a lawsuit brought by at least one person on behalf of a group of people who have been treated in the same or essentially the same illegal manner by the Defendant.

12. I am willing to be a representative of the class.

13. To my knowledge, I have no interests inconsistent with those of the class members. I believe my interests are entirely consistent with the class members' interests because I seek to remedy Defendant's violations of the Telephone Consumer Protection Act, which have harmed other proposed class members in the same way.

14. I understand that as a class representative I have the responsibility to: a) continue to consider the class's interests when making any decisions about the case and make all such decisions in the interests of the class, not just my own interests; b) to participate in the case and consult with my counsel about the case; c) and that I have testified at a deposition, may need to testify at trial and have and continue to provide documents and information for use in the case.

15. I have stayed in contact with my counsel about the case and am willing to appear to testify at trial in this matter.

16. I have arranged for my counsel to advance all costs of this action, including the costs of any notification to the class.

17. My number is on the Do-Not-Call Registry, and I did not provide any consent for anyone to send these messages to me.

18. I understand that courts have sometimes awarded people money for serving as the class representative, but that I am not entitled to any such payment, and I have not been promised or guaranteed money for being the class representative.

19. I brought this case not for personal motives or financial gain, but as a bulwark for the rights of consumers against illegal telemarketing. I was not paid by anyone to do so.

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

**Executed this 24th day of November, 2025**

_____

**Weiharik Garcia**