IN IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WEIHARIK GARCIA, individually and on behalf of all others similarly situated, | Case No. 24-4823 |
| *Plaintiff*, | CLASS ACTION |
| v. | JURY TRIAL DEMANDED |
| STAR POWER MARKETING GROUP, LLC, | |
| *Defendant.* | |

### NOTICE OF NON-OPPOSITION TO MOTION FOR CLASS CERTIFICATION

Plaintiff Weiharik Garcia respectfully notes that no objection or otherwise has been filed to the Plaintiff's Motion for Class Certification (ECF No. 17). Defendant Star Power Marketing Group, LLC filed no response to the motion, despite such response being due December 29, 2025, pursuant to the Court's Order at ECF 14.[1] The Court should therefore grant the motion as unopposed.

RESPECTFULLY SUBMITTED AND DATED this 16th day of January, 2026.

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong, Esq.
PA Bar #333687
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com

---

[1] Plaintiff's deadline to file a reply brief was January 12, 2026. Plaintiff did not file one because there is no matter to reply to and further given that the motion is unopposed.

## CERTIFICATE OF SERVICE

I certify that I filed the foregoing via ECF on January 16, 2026, which will automatically send a copy to all attorneys of record on the case.

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong, Esq.
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com
