IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WEIHARIK GARCIA,<br>*individually and on behalf of all others<br>similarly situated* | : | |
| | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 24-4823 |
| | : | |
| STAR POWER MARKETING GROUP,<br>LLC | : | |
| | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 24th day of June, 2026, upon consideration of Plaintiff's Motion for Class Certification (ECF No. 17), it is hereby **ORDERED** that the Motion is **DENIED** without prejudice. It is further **ORDERED** as follows:

1. Plaintiff shall show cause no later than July 10, 2026 why her Pennsylvania Telemarketer Registration Act claim should not be dismissed with prejudice. Defendant shall file a response in opposition, if any, no later than July 24, 2026.

2. If Plaintiff intends to file a renewed Motion for Class Certification, she shall do so no later than July 24, 2026. Defendant shall file a response in opposition no later than August 7, 2026.

BY THE COURT:

/s/ Catherine Henry
**CATHERINE HENRY, J.**