**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **WEIHARIK GARCIA,** individually and on behalf of all others similarly situated, | Case No. 24-4823 |
| *Plaintiff*, | **CLASS ACTION** |
| *v.* | **JURY TRIAL DEMANDED** |
| **STAR POWER MARKETING GROUP, LLC,** | |
| *Defendant.* | |

**DECLARATION OF WEIHARIK GARCIA**

1. My name is Weiharik Garcia. I am over 18 years old. I can testify competently to the undersigned statements.

2. This declaration is based on my personal knowledge.

3. My telephone number 484-XXX-XXXX is on the National Do-Not-Call Registry and has been for at least 31 days since I began receiving the text messages at issue from the Defendant.

4. I am the user of 484-XXX-XXXX.

5. I am the owner of 484-XXX-XXXX.

6. This number is used for personal, household purposes.

7. I never provided my consent to Defendant to make calls or send text messages to the 484-XXX-XXXX number in any manner, including through a website.

8. I have never had any business relationship with Star Power Marketing Group, LLC. I have never given my telephone number to Star Power.

1

9. I have never entered my telephone number into any website, page, or form to receive text messages from Star Power.

10. I have never sent a text message to any telephone number or short code belonging to or used by Star Power, and I have never texted a keyword, "YES," opt-in, or any similar response to join or sign up for any Star Power list.

11. I have never authorized any person or entity to give my telephone number to Star Power, or to consent on my behalf to receive telephone calls or text messages from Star Power.

12. I have reviewed the paragraphs of Star Power's Answer asserting that my telephone number was "opted in" to receive its messages before June of 2024. That assertion is false. I did not opt in to receive text messages from Star Power at any time, by any means.

13. I do not know how Star Power obtained my telephone number.

14. Before this lawsuit was filed, at my request, I asked my counsel to contact Star Power to ask whether it had my consent to send me text messages. Star Power never told me or my counsel that I had consented, it has never shown me or my counsel any record of any consent, and never explained how the number was added. I understand that a copy of this correspondence is attached to my renewed motion for class certification as an exhibit.

15. I purchase my cellular telephone service for 484-XXX-XXXX from AT&T. I also purchased the cellular telephone handset, and iPhone, on which I receive messages at that number. I paid approximately $1,200 for it.

16. I purchased both the telephone and the telephone service primarily for personal, family, and household purposes. I do not use either for any business purpose, and no employer or business pays for either.

2

17.     Each of Star Power's text message calls was transmitted to my telephone over the service I subscribe to, was stored on the telephone I paid for, and used some of the data, storage space, and battery life I paid for.

18.     I also spent my own time noticing, opening, reading, and investigating Star Power's messages.

19.     To be clear, I do nothing to precipitate the illegal calls or text messages which are placed to me. I do not want these communications, but they continue to be placed to me. They are highly annoying and disruptive.

20.     I understand that this lawsuit alleges that the Defendant violated the Telephone Consumer Protection Act by sending text messages to my telephone number without obtaining proper consent.

21.     I understand that this is a proposed class action and that I am a proposed class representative.

22.     I understand that a class action is a lawsuit brought by at least one person on behalf of a group of people who have been treated in the same or essentially the same illegal manner by the Defendant.

23.     I am willing to be a representative of the class.

24.     To my knowledge, I have no interests inconsistent with those of the class members. I believe my interests are entirely consistent with the class members' interests because I seek to remedy Defendant's violations of the Telephone Consumer Protection Act, which have harmed other proposed class members in the same way.

25.     I understand that as a class representative I have the responsibility to: a) continue to consider the class's interests when making any decisions about the case and make all such

decisions in the interests of the class, not just my own interests; b) to participate in the case and consult with my counsel about the case; c) and that I may have to testify at a deposition, may need to testify at trial and have and continue to provide documents and information for use in the case.

26. I have stayed in contact with my counsel about the case and am willing to appear to testify at trial in this matter.

27. I have arranged for my counsel to advance all costs of this action, including the costs of any notification to the class.

28. My number is on the Do-Not-Call Registry, and I did not provide any consent for anyone to send these messages to me.

29. I understand that courts have sometimes awarded people money for serving as the class representative, but that I am not entitled to any such payment, and I have not been promised or guaranteed money for being the class representative.

30. I brought this case not for personal motives or financial gain, but as a bulwark for the rights of consumers against illegal telemarketing. I was not paid by anyone to do so.

31. I signed the original Declaration my counsel submitted in this matter. However, it appears that an unsigned copy of the version I was sent was attached to the Motion for Class Certification.

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

**Executed this 23rd day of July, 2026**

Weiharik Garcia (Jul 23, 2026 12:29:07 EDT)

**Weiharik Garcia**

4