## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

WEIHARIK GARCIA,                          :
                     **Plaintiff,**           :     **Civil Action No.** 24-4823

    **v.**                                 :

                                              :

**STAR POWER MARKETING GROUP LLC**        :
                    **Defendant**

### DEFENDANT. STAR POWER MARKETING GROUP LLC'S INITIAL DISCLOSURES

Pursuant to Federal Rule of Civil Procedure 26(a)(1), Defendant, STAR POWER MARKETING GROUP LLC, (hereinafter "Defendant") makes the following initial disclosures:

1. **Identity of individuals likely to have discoverable information in support of Defendant's Claims:**

    (a)  Rashad Atkinson
    (b)  Thomas Deshazior
    (c)  Any individuals who may be identified as agents/employees of related by third party marketing companies which upon information and belief is Slick Text, providing the text services:
    1.  Agents/independent contractors of Starpower Marketing Group
    Defendant specifically reserves the right to supplement, revise and augment this response in accordance with the Federal Rules of Civil Procedure.

2. **A copy of, or a description of category and location of, all documents in the possession of Plaintiffs that may be used to support this claim:**

    (a)  Upon information and belief, Plaintiffs have subpoenaed the relevant docuemnts from Slick Text which would support the claim. Defendant specifically reserves the right to supplement, revise and augment this response in accordance with the Federal Rules of Civil Procedure.  Additionally Plaintiff will provide information related to the text marketing agreement.

3. **Computation of damages claimed:**

Defendant takes no position as to damages and takes the position that Plaintiff opted in to receive messages or in the alternative a prior owner of the phone number opted-in, thus  electing to receive the messages.

4. **Insurance Agreements under which an insurance business may be liable to satisfy all or part of a possible judgment:**

Defendants are not in possession of any applicable insurance agreements at this time

5.    **Experts:**

Defendant has yet to determine who, if any, individual(s) may be called to testify at the time of trial as an expert in this matter.  That notwithstanding, Plaintiffs specifically reserve the right to call an expert at the time of trial and reserves the right to supplement, revise and augment this response in accordance with the Federal Rules of Civil Procedure.

**Respectfully submitted,**

**DEAN F. OWENS II,  ESQUIRE**

## CERTIFICATE OF SERVICE

I, Dean Owens, Esq hereby certify that I caused a true and correct copy of the foregoing

Defendants' Motion to Vacate Default to be filed with the Clerk via the ECF system on

December 31, 2024. The document is available for reviewing and downloading on the ECF

system. I further certify that I served a true and correct copy of the foregoing via email to

counsel for Plaintiffs as follows:

> Andrew R. Perrong, Esquire
> PERRONG LAW LLC
> 2657 Mount Carmel Avenue
> Glenside, PA 19038

_____
DEAN F. OWENS II,  ESQUIRE