## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

WEIHARIK GARCIA,                                    :
                  **Plaintiff,**           :    **Civil Action No.** 24-4823

    **v.**                                          :

                           :

**STAR POWER MARKETING GROUP LLC**        :
                  **Defendant**

## DEFENDANT'S RESPONSES TO REQUESTS FOR ADMISSIONS

1. Denied.

2. Denied. By way of further answer no call was placed in this matter.

3. Admitted. By way of further answer Correspondence was received from counsel for Plaintiff shortly before suit was commenced. Plaintiff was swiftly removed from the database upon his request.

4. Admitted in part Denied in part. It is admitted that Plaintiff has plead that her phone number is on the Do not Call registry. It is denied that at any time material hereto defendant was aware and as a result knowingly or intentionally violated her privacy.

5. Denied.

6. Denied. Denied as legal conclusion.

7. Denied.

8. Denied. By way of further answer once an individual "opts out" of the database they cannot be placed back on the database for communication purposes.

9. Denied. By way of furtherer answer Defendant respectfully incorporates the response from RFA No. 8.

10. Denied. The policy is accessible online and available to any party that opts in to the database.

11. Denied. By way of further answer, Plaintiff was placed on the do not call list upon her request.

12. Admitted.

13. Denied. By way of further answer there were no calls placed to Plaintiff.

14. Denied. By way of further answer there were no calls placed to Plaintiff.

15. Denied. By way of further answer there were no calls placed to Plaintiff.  Additionally, Plaintiff would not necessarily have benefitted from any communication with Plaintiff.

**Respectfully submitted,**

**DEAN F. OWENS II,  ESQUIRE**

*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I, Dean Owens, Esq hereby certify that on  April 9, 2025, I caused a true and correct copy

of the foregoing Defendants' Responses to Requests for Admissions to be delivered

electronically to counsel for Plaintiff as follows:

Andrew R. Perrong, Esquire
PERRONG LAW LLC
2657 Mount Carmel Avenue
Glenside, PA 19038

DEAN F. OWENS II,  ESQUIRE

## VERIFICATION

I, Rashad Atkinson, subject to the penalties of 18 Pa. C.S.A. §4904, relating to unsworn falsification to authorities, state the attached answers and/or documents are submitted in response to the foregoing Responses to Request for admissions and that to the best of my knowledge, information and belief they are true and complete.

.

Signed by:

*Rashad Atkinson*
730D43B5191C497
Rashad Atkinson

4/9/2025



**Andrew Perrong <a@perronglaw.com>**

## re: repsonses to RFA

**Dean Owens** <dfowensesq@gmail.com>                                    Wed, Apr 9, 2025 at 5:36 PM
To: Andrew Perrong <a@perronglaw.com>

Good evening counsel,
 Please find attached Defendant's responses to requests for admissions, I will be providing the additional
outstanding discovery shortly. Apologies for the delay my client was dealing with a death in the family.
-Dean

--

This email is subject to Attorney Client Privilege and is personal and confidential to the person it is addressed.  If received in error, please notify
us immediately by return e-mail and please permanently remove any copies of this message from your system.  Do not retain any copies,
whether electronic or physical form or otherwise.  Thank you.

**2 attachments**

 **starpower rfa cerification.docx.pdf**
171K

 **STARPOWER RFA RESPONSES .pdf**
172K