

**2657 Mount Carmel Avenue**
**Glenside, PA 19038**

a@perronglaw.com                                    Tel. (215) 225-5529 (CALL-LAW)
www.perronglaw.com                                          Fax (888) 329-0305

September 7, 2024

*VIA POSTAL MAIL AND EMAIL*

Star Power Marketing Group, LLC
8417 Widener Road
Glenside, PA 19038

Re:     *Rule 408 Communication Regarding TCPA Violations*

Gentlemen:

My client, Weiharik Garcia, has retained me to investigate allegations that you have violated the Telephone Consumer Protection Act. Please direct all further contact in this matter to my attention. We write this correspondence to ascertain why my client received text messages and to give you the opportunity to explain your actions.

In sum, between at least June of 2024 and present, my client received at least five text messages advertising various of your events from the telephone numbers 877-596-1970 and 267-435-7457, including a "retox" day party and events at the PlayRoom in Philadelphia. These text messages were sent to Ms. Garcia's cellular telephone number 484-838-9266, which is listed on the National Do Not Call Registry.

The aforementioned text messages violated the TCPA because they were sent without consent to Ms. Garcia's number on the National Do Not Call Registry. 47 C.F.R. § 64.1200(c)(2). You also do not appear to be registered as telemarketers with the Attorney General of Pennsylvania, thereby violating the Pennsylvania Telemarketer Registration Act. 73 PA. CONS. STAT. § 2243. You are therefore liable to Ms. Garcia for statutory and treble damages. 47 U.S.C. § 227 (c)(5); 73 PA. CONS. STAT. § 201-9.2(a).

You are hereby put on notice to preserve all potentially discoverable information, documents, photographs, videos, audio recordings, and things in relation to this

matter. Preservation means taking reasonable steps to prevent the partial or full destruction, alteration, testing, deletion, shredding, incineration, wiping, relocation, migration, theft, or mutation of discoverable material, as well as negligent or intentional handling that would make any electronically stored information (ESI) incomplete or inaccessible. This obligation extends both to yourselves and any vendors, third parties, or agents subject to your control.

You should also preserve, and prepare for production, all telephones, telephone systems, servers, computers, tablets, laptops, and mobile devices that may contain potentially relevant ESI for forensic imaging and inspection, including those devices containing logs or correspondences related to this matter. At the same time, you must preserve, and prepare for production, all passwords, decryption procedures (including, if necessary, the software to decrypt the files); network access codes, ID names, manuals, tutorials, written instructions, decompression or reconstruction software, and any and all other information and things within your possession, custody or control necessary to access, view, and (if necessary) reconstruct discoverable ESI.

If you have any objection to preservation, or if the data has been lost/destroyed, please also let me know as soon as possible.

That being said, and in the interest of avoiding unnecessary litigation, we write to understand what prompted the text messages to my client and ascertain any applicable defenses you may have to my client's allegations. Please consider this offer swiftly and carefully, as we will await and consider your response no later than September 21, 2024, before initiating further legal action.

We await your response and reserve all rights with respect to the form, nature, and cause(s) of action, including a class action, my client intends to seek if a complaint is filed.

Very Truly Yours,

Andrew R. Perrong, Esq.

2



## Garcia v. Star Power Marketing Group, LLC

**StarPower Events** <info@starpowerevents.com>                    Wed, Sep 11, 2024 at 7:26 PM
To: Andrew Perrong <a@perronglaw.com>
Cc: Anthony Paronich <anthony@paronichlaw.com>

Received and understood. It's been removed from StarPower's database.

On Sat, Sep 7, 2024 at 1:47 PM Andrew Perrong <a@perronglaw.com> wrote:
Gentlemen:

Please see the attached correspondence and direct all further communications to my attention.

--
Thank you kindly,
Andrew Perrong, Esq.
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, PA 19038
215-225-5529 (CALL-LAW)