IN IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **WEIHARIK GARCIA, individually and on behalf of all others similarly situated,** | **Case No. 24-4823** |
| *Plaintiff,* | **CLASS ACTION** |
| *v.* | **JURY TRIAL DEMANDED** |
| **STAR POWER MARKETING GROUP, LLC,** | |
| *Defendant.* | |

**[PROPOSED ORDER GRANTING]**
**RENEWED MOTION FOR CLASS CERTIFICATION**

AND NOW, this _____ day of _____, 2026, it is hereby ORDERED that the

Plaintiff's Motion for Class Certification is hereby GRANTED as follows:

The Court certifies the following classes under FED. R. CIV. P. 23(b)(2) and (b)(3):

**National DNC Class:** All persons in the United States whose (1) telephone numbers were on the National Do Not Call Registry for at least 31 days, (2) but who received more than one telemarketing call from or on behalf of Defendant encouraging the purchase of Star Power's goods or services, (3) within a 12-month period (4) at any time in the period that begins four years before the date of filing this Complaint to trial.

**Pennsylvania Telemarketer Registration Act Class:** All persons in the Commonwealth of Pennsylvania, as determined through their area codes, who (1) received a telephone call from or on behalf of Defendant, (2) at any time during which Defendant was acting as a "telemarketer" but not licensed as a "telemarketer" with the Pennsylvania Office of Attorney General, (3) at any time in the period that begins two years before the date of filing this Complaint to trial.

1

IT IS FURTHER ORDERED that Ms. Garcia is appointed to serve as class representative, and that Andrew Roman Perrong, of Perrong Law LLC, is appointed as Class Counsel.

*BY THE COURT:*

_____

Hon. Catherine Henry, J.